UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X

UNITED STATES OF AMERICA,

**CONSENT TO PROCEED BY**
**VIDEO OR TELE CONFERENCE**

-against-

Hector Santana Sanchez

7:21-cr-00315

Defendant(s).

------------------------------------------------------------------X

Defendant  Hector Santana Sanchez  hereby voluntarily consents to participate in the following
proceeding via      ☒ videoconferencing or ☒ teleconferencing:

☐      Initial Appearance Before a Judicial Officer

☒      Arraignment (Note:  If on Felony Information, Defendant Must Sign Separate Waiver of
         Indictment Form)

☐      Guilty Plea/Change of Plea Hearing

☐      Bail/Detention Hearing

☐      Conference Before a Judicial Officer - Assignment of Counsel


Hector Santana-Sanchez by *Susanna Brody*      *Susanna Brody*
Defendant's Signature                                          Defendant's Counsel's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

Hector Santana-Sanchez                              Susanne Brody
Print Defendant's Name                              Print Counsel's Name


This proceeding was conducted by reliable video or telephone conferencing technology.

June 2, 2021
Date                                                              U.S. District Judge/U.S. Magistrate Judge