UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UNITED STATES OF AMERICA,

    -against-

Hector Santana Sanchez
    Defendant(s).
-----------------------------------------------------------------X

**CONSENT TO PROCEED BY
VIDEO OR TELE CONFERENCE**

7:21-cr-00315(PHM)

Defendant Hector Santana Sanchez hereby voluntarily consents to participate in the following proceeding via ☒ videoconferencing or ☒ teleconferencing:

- ☐ Initial Appearance Before a Judicial Officer

- ☐ Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

- ☐ Guilty Plea/Change of Plea Hearing

- ☐ Bail/Detention Hearing

- ☒ Conference Before a Judicial Officer - ~~Assignment of Counsel~~

Hector Santana-Sanchez by *Susanne Brody*     *Susanne Brody*
Defendant's Signature                         Defendant's Counsel's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

Hector Santana-Sanchez                        Susanne Brody
Print Defendant's Name                        Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

June 16, 2021                                 _____
Date                                          U.S. District Judge
                                              Hon. Philip M. Halpern