March 31, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

UNITED STATES OF AMERICA,

                -v-

Hector Santana-Sanchez,

                Defendant(s).
----------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEOCONFERENCE**

21-CR-315 (PMH)

Defendant Hector Santana-Sanchez hereby voluntarily consents to participate in the following proceeding via videoconferencing:

\_\_\_    Initial Appearance/Appointment of Counsel

\_\_\_    Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

\_\_\_    Preliminary Hearing on Felony Complaint

\_\_\_    Bail/Revocation/Detention Hearing

\_\_\_    Status and/or Scheduling Conference

\_\_\_    Misdemeanor Plea/Trial/Sentence

_X_    Guilty Plea

/s/ Hector Santana-Sanchez
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

Hector Santana-Sanchez
Print Defendant's Name

_____
Defense Counsel's Signature
[Mr. Santana-Sanchez authorized Elizabeth K. Quinn to e-sign on his behalf.]

Elizabeth K. Quinn
Print Defense Counsel's Name

This proceeding was conducted by reliable videoconferencing technology.

**January 18, 2022**
Date

_____
U.S. District Judge