UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

UNITED STATES OF AMERICA :

v. :

HECTOR SANTANA-SANCHEZ, :

Defendant. :

-----------------------------------------------------------x

**SCHEDULING ORDER**

21-cr-00315 (PMH)

A VOSR Initial Conference is scheduled for September 1, 2026 at 11:00 a.m. in Courtroom 520 at the White Plains Courthouse.

**SO ORDERED:**

Dated: White Plains, New York
August 21, 2026

Philip M. Halpern
United States District Judge